23466

The STATE, Respondent v. Wendell D. GOFF, Appellant.

(409 S.E. (2d) 361)

Supreme Court

*David E. Taylor*, Columbia, *for appellant.*

*Assistant Chief Counsel Joseph H. Lumpkin, Jr.,* of *S.C. Dept. of Hwys. & Pub. Trans.,* Columbia, *for respondent.*

Submitted June 10, 1991.

Decided Sept. 9, 1991.

*Per Curiam:*

Appellant's magistrate's court conviction was reversed by the circuit court. The circuit court's original order did not remand the case for a new trial. The parties are confused whether appellant can be retried. We hold that he may be regardless of the omission of the word "remand." *See Hamm v. Southern Bell,* — S.C. —, 406 S.E. (2d) 157 (1991); *State v. Wyse,* 33 S.C. 582, 12 S.E. 556 (1891). In light of our holding, we need not reach the remaining issue raised by appellant.

Affirmed.